# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

JOHNSON CARTER,

     Petitioner,                         JUDGMENT IN A CIVIL CASE

v.                                    Case No. 11-cv-221-bbc

RANDALL R. HEPP, Warden,

     Respondent.

---

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing the petition of Johnson Carter for a writ of habeas corpus under 28 U.S.C. § 2254.

_____    _____
Peter Oppeneer, Clerk of Court           12/20/11
                                          Date