IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JOHNSON CARTER,

    Petitioner,

v.

RANDALL R. HEPP, Warden,

    Respondent.

JUDGMENT IN A CIVIL CASE

Case No. 11-cv-221-bbc

---

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing the petition of Johnson Carter for a writ of habeas corpus under 28 U.S.C. § 2254.

_Peter Oppeneer_     12/20/11
Peter Oppeneer, Clerk of Court     Date